UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HARBANS GERA, ANKIT GERA, SUNITA GERA, and
AMIT GERA in his capacity as Trustee for THE GERA
2021 FAMILY TRUST, PERFUME NETWORK INC. and    Docket No.
HAAS NY, LLC

                                                                   Plaintiffs,         **DISMISSAL WITHOUT PREJUDICE**

   -against-


JOLLY LUTHRA, NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION, NYLIFE SECURITIES
LLC, TELEWORLD NY LLC, JASMINE NARANG,
JAIDEEP NARANG, and LUTHRA FINANCIAL LLC.

                                               Defendants.
------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 41, plaintiffs hereby give notice that this action is voluntarily dismissed. Defendants have not served an answer or motion in this action. Accordingly, plaintiffs notice of voluntary dismissal of this action is without prejudice.

Dated: New York, New York
           March 23, 2023


**Bronster, LLP**

By:      s/ Andrew Kazin
           Andrew Kazin
      *Attorneys for Plaintiffs*
      156 West 56th Street – Suite 703
      New York, New York 10019
      212-558-9300