UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
HARBANS GERA, ANKIT GERA, SUNITA GERA, and
AMIT GERA in his capacity as Trustee for THE GERA
2021 FAMILY TRUST, PERFUME NETWORK INC. and
HAAS NY, LLC

Case No. 23-CV-2150 (JS)(JMW)

Plaintiffs,

**ORDER re:**
**DISMISSAL WITHOUT**
**PREJUDICE**

-against-

JOLLY LUTHRA, NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION, NYLIFE SECURITIES
LLC, TELEWORLD NY LLC, JASMINE NARANG,
JAIDEEP NARANG, and LUTHRA FINANCIAL LLC.

Defendants.
----------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 41, plaintiffs hereby give notice that this action is voluntarily dismissed. Defendants have not served an answer or motion in this action. Accordingly, plaintiffs notice of voluntary dismissal of this action is without prejudice.

Dated: New York, New York
       March 23, 2023

**Bronster, LLP**

By:   s/ Andrew Kazin
      Andrew Kazin
      *Attorneys for Plaintiffs*
      156 West 56th Street – Suite 703
      New York, New York 10019
      212-558-9300

The Clerk of Court is directed to CLOSE this case.

**SO ORDERED** this 19th day of April 2023 at Central Islip, New York.

/s/ JOANNA SEYBERT
U.S. District Judge, E.D.N.Y.